```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            Reno, Nevada


JOHN WITHEROW,                      3:04-cv-00658-HDM-RAM

        Petitioner,                 MINUTE ORDER

   vs.                              September 2, 2010

CRAIG FARWELL, et al.,

        Defendants.
_____/


PRESENT:
THE HONORABLE HOWARD D. MCKIBBEN, Senior U.S. District Judge

DEPUTY CLERK: EMILY GUST            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):              NONE APPEARING

COUNSEL FOR DEFENDANT(S):              NONE APPEARING

MINUTE ORDER IN CHAMBERS:
```

The petitioner's motion to authorize funds to retain an expert (#31) is denied as moot.

It is so ordered.

```
                                LANCE S. WILSON, CLERK


                            By:        /s/
                                    Deputy Clerk
```